■ SALAMANCA TRUST COMPANY, Respondent, v WILLIAM

B. McHugh et al., Defendants, and Jeannette M. McHugh, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Marine Midland Bank v Fisher,* 85 AD2d 905). (Appeal from order of Supreme Court, Erie County, Flaherty, J.—renewal.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.